AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY,<br>　　Plaintiff,<br><br>v.<br><br>ELOISE BUTLER FULLER, SON OF ELOISE FULLER (Name Unavailable), NORTH CAROLINA DIVISION OF MOTOR VEHICLES, JOSEPH GARDNER, BILL TOMAN, R.M. ASHLEY, K.D. MACKEY, P.J. GRAHAM, RODNEY SMITH, UNKNOWN FEMALE OFFICER, CITY OF FAYETTEVILLE POLICE DEPARTMENT, AND UNKNOWN FAYETTEVILLE POLICE OFFICER,<br>　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:09-CV-258-D** |

Decision by the Court:

　　**IT IS ORDERED AND ADJUDGED** that the court DISMISSES plaintiff's action under 28 U.S.C. § 1915(g), and DENIES as moot plaintiff's motion to proceed in forma pauperis [D.E. 2]. The court DIRECTS the Clerk of Court to close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 30, 2010** WITH A COPY TO:

Robert Gene Bailey (via USPS to Cumberland County Detention Center, 204 Gillespie Street, Fayetteville, NC 28301)

| | |
|---|---|
| September 30, 2010<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |